#05-14707
Accent Annex

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 17th Floor, New York, NY 10004

VOID AFTER 90 DAYS      139
1-2 / 210

| Case | Debtor |
|---|---|
| 05-14707 A | ACCENT ANNEX ENTERPRISES, INC. |
| 312590986566 | |
| UNCLAIMED FUNDS | |

TID #380020
DAVID V. ADLER
P.O. BOX 55129
METAIRIE LA 70055

Date   09/12/2008      $ *******1,946.25

~~~One Thousand Nine Hundred Forty-Six Dollars and 25/100

Pay to the Order of  CLERK, US BANKRUPTCY COURT
500 POYDRAS ST., ROOM B-601
NEW ORLEANS LA 70130-3386

*David V. Adler*
DAVID V. ADLER

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈000000139⑈ ⑆021000021⑆ 312590986566⑈

---

/

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

\# 224536   -   KW
\* \* C O P Y \* \*
September 19, 2008
14:48:03

TREASURY REGFUND
05-14707
Debtor.: ACCENT ANNEX ENTERPRISES, INC.
Trustee: David Adler
Amount.:         $1,946.25
Check#.: 139

Total->  $1,946.25

FROM: ADLER

$1946.25
Deposited to
Treasury 6047BK
on 9/19/08
due:
① Tune up Music — 447.14
② Southland Shirts
   & Souvenirs — 1499.11